**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 22-04290 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | SEDA BORRERO, ANGELA MARIA | Date Filed (f) or Converted (c): | 12/01/2022 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 01/06/2023 |
| | | Claims Bar Date: | 06/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2011 FORD ESCAPE (VIN: 1FMCU0C72BKA93889) | $1,332.00 | $0.00 | | $0.00 | FA |
| 2 | 2006 TOYOTA SIENNA (VIN: 5TDZA23C96S393184) | $1,385.00 | $0.00 | | $0.00 | FA |
| 3 | HOUSEHOLD GOODS | $450.00 | $0.00 | | $0.00 | FA |
| 4 | ELECTRONICS | $320.00 | $0.00 | | $0.00 | FA |
| 5 | CLOTHES | $50.00 | $0.00 | | $0.00 | FA |
| 6 | COSTUME JEWELRY | $50.00 | $0.00 | | $0.00 | FA |
| 7 | 5 HENS | $50.00 | $0.00 | | $0.00 | FA |
| 8 | CASH | $25.00 | $0.00 | | $0.00 | FA |
| 9 | CHECKING ACCOUNT - McCOY FEDERAL CREDIT UNION | $772.60 | $0.00 | | $0.00 | FA |
| 10 | SAVINGS ACCOUNT - McCOY FEDERAL CREDIT UNION | $5.00 | $0.00 | | $0.00 | FA |
| 11 | ANTICIPATED 2022 FEDERAL INCOME TAX REFUND | Unknown | $0.00 | | $0.00 | FA |
| 12 | CLAIM AGAINST INSURANCE CARRIER FOR FAILURE TO PROPERLY DEFEND A PERSONAL INJURY CLAIM AGAINST THE DEBTOR. (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

Asset Notes: VALUE IS LISTED AS $1.00 FOR SETTLEMENT NEGOTIATION PURPOSES. THE INSURANCE CARRIER'S FAILURE TO SETTLE THE CLAIM WITHIN POLICY LIMITS RESULTED IN A MULTI-MILLION JUDGMENT AGAINST THE DEBTOR. TRUSTEE HAS EMPLOYED SPECIAL COUNSEL TO PURSUE A CLAIM AGAINST THE CARRIER. THE UNDERLYING JUDGEMENT IS BEING APPEALED BY THE CARRIER. COMPLETION OF THE INITIAL BRIEFING IN THAT CASE IS NOT EXPECTED UNTIL THE END OF 2023.  CASE NO. 2023-CA-017767-O AGAINST PROGRESSIVE SELECT INSURANCE COMPANY WAS FILED IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA ON 12/18/23. THE CASE WAS REMOVED TO U.S. DISTRICT COURT ON 01/22/24. MEDIATION SCHEDULED FOR 03/11/2025.

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$4,439.60   $1.00   $0.00   $1.00

**Major Activities affecting case closing:**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No.: 22-04290 | Trustee Name: Gene T. Chambers |
| Case Name: SEDA BORRERO, ANGELA MARIA | Date Filed (f) or Converted (c): 12/01/2022 (f) |
| For the Period Ending: 06/30/2025 | §341(a) Meeting Date: 01/06/2023 |
| | Claims Bar Date: 06/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/12/2023 | THE CASE IS NOT EXPECTED TO CLOSE UNTIL LATE 2025 DUE TO AN APPEAL IN THE CASE WHICH RESULTED IN A MULTI-MILLION DOLLAR JUDGMENT AGAINST THE DEBTOR. SPECIAL COUNSEL HAS BEEN RETAINED TO PURSUE A CLAIM AGAINST THE CARRIER FOR FAILURE TO PROPERLY DEFEND THE PERSONAL INJURY SUIT AGAINST THE DEBTOR. SUIT WAS FILED AGAINST PROGRESSIVE SELECT INSURANCE COMPANY ON 12/22/23 AND REMOVED TO FEDERAL DISTRICT COURT ON 01/22/24. MEDIATION SCHEDULED FOR 03/11/2025. MEDIATION WAS HELD AND RESULTED IN IMPASSE. THE DISTRICT COURT GRANTED THE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ON 06/12/2025. AFTER CONSULTATION WITH SPECIAL COUNSEL, TRUSTEE HAS DETERMINED THAT AN APPEAL IS WARRANTED. APPLICATION TO EMPLOY APPELLATE COUNSEL FILED 07/20/2025. |
| 05/03/2023 | KENNETH McKENNA AND DELLECKER WILSON KING McKENNA RUFFIER & SOS LLP EMPLOYED AS SPECIAL COUNSEL TO PURSUE A BAD FAITH INSURANCE CLAIM. |
| 03/15/2023 | CYNTHIA LEWIS AND NARDELLA & NARDELLA PLLC EMPLOYED AS ATTORNEY. |

Initial Projected Date Of Final Report (TFR): 12/31/2025     Current Projected Date Of Final Report (TFR): 12/31/2026

/s/ GENE T. CHAMBERS
GENE T. CHAMBERS